■ EDITH LOW, Appellant, v 138-15 FRANKLIN AVENUE APARTMENTS CORP., Respondent. [707 NYS2d 317] —Judgment, Supreme Court, Bronx County (Lucindo Suarez, J.), entered January 11, 1999, which, upon the grant of defendant's motion to set aside the jury verdict for failure to set forth a prima

facie case, dismissed the complaint, unanimously affirmed, without costs.

Even if as claimed by plaintiff, the wetness, caused by tracked-in melting snow, on which plaintiff slipped and fell in defendant's apartment building lobby, was of sufficient accumulation to constitute a dangerous condition, plaintiff failed to establish that defendant had actual or constructive notice of the condition that caused her fall (*see*, *Piacquadio v Recine Realty*, 84 NY2d 967; *Allen v Brooks*, 246 AD2d 438; *Puryear v New York City Hous. Auth.*, 255 AD2d 138). Concur—Sullivan, P. J., Rosenberger, Williams, Wallach and Buckley, JJ.